No. 76–447. MILLIKEN, GOVERNOR OF MICHIGAN, ET AL. *v.* BRADLEY ET AL. C. A. 6th Cir. [Certiorari granted, *ante*, p. 958.] Motion of the National Association of Attorneys General for leave to join the *amicus curiae* brief filed by the Commonwealth of Pennsylvania denied.

No. 76–1105. CLARK *v.* VALEO, SECRETARY OF THE SENATE, ET AL. Appeal from C. A. D. C. Cir. Motion to expedite consideration denied.

No. 76–5187. LEE *v.* UNITED STATES. C. A. 7th Cir. [Certiorari granted, *ante*, p. 1037.] Motion for appointment of counsel granted, and it is ordered that Conrad Kellenberg, Esquire, of Notre Dame, Ind., is appointed to serve as counsel for petitioner in this case.

No. 76–803. VESCO & CO., INC. *v.* INTERNATIONAL CONTROLS CORP. Motion for leave to file petition for writ of certiorari and other relief denied.

No. 76–5896. DIAMOND *v.* ALABAMA. Motion for leave to file petition for writ of certiorari denied.

No. 76–5778. GAMBLE *v.* ALABAMA; and
No. 76–6040. CLARK *v.* MALLEY, WARDEN. Motions for leave to file petitions for writs of habeas corpus denied.

No. 76–6102. McDONALD *v.* THOMPSON, WARDEN. Motion for leave to file petition for writ of habeas corpus and other relief denied.

No. 76–5996. LODEN *v.* CUNNINGHAM, CLERK, U. S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, ET AL. Motion for leave to file petition for writ of mandamus denied.

No. 76–635. UNITED STATES STEEL CORP. ET AL. *v.* MULTISTATE TAX COMMISSION ET AL. Appeal from D. C. S. D. N. Y. Probable jurisdiction noted. 
